**Electronically Filed
Supreme Court
SCPW-24-0000578
21-JAN-2025
07:59 AM
Dkt. 10 ODDP**

SCPW-24-0000578

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

DEXTER J. SMITH, Petitioner,

vs.

THE HONORABLE JORDON J. KIMURA,
Judge of the Circuit Court of the First Circuit,
State of Hawai‘i, Respondent Judge.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPN-23-0000030)

<u>ORDER DENYING PETITION FOR WRIT OF PROHIBITION</u>
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Somerville, in place of Devens, J., recused)

Upon consideration of the petition for writ of prohibition filed August 29, 2024, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to obtain the relief sought. <u>See</u> <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawai‘i 307, 319, 537 P.3d 1154, 1166 (2023); <u>Honolulu Advertiser, Inc. v. Takao</u>, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, January 21, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Rowena A. Somerville

2